**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Juliette Labrecque

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-03-384-WBS |
| Plaintiff, | **PROPOSED ORDER DIRECTING MENTAL EXAMINATION OF JULIETTE LABRECQUE** |
| vs. | |
| Juliette Labrecque, et. al., | |
| Defendant | **Judge: Hon. William B. Shubb** |

## **ORDER**

On January 10, 2005, Plaintiff, United States of America, by AUSA Laurel White, and Defendant, Juliette Labrecque, by her attorney of record, Jan David Karowsky, filed a stipulation with the Court including an attached report from a psychologist, wherein the parties stipulated that Juliette Labrecque is incompetent to stand trial.

Based on the parties' Stipulation, on January 13, 2005, the Court found that because of her mental disease, the defendant lacked the capacity to assist rationally or properly in her defense and thus was incompetent to stand trial.

---
Order Directing Mental Examination          U.S. v. Juliette Labrecque Cr.S-03-484-WBS

Pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), it is therefore **ORDERED** that the defendant be committed forthwith to the custody of the Attorney General for psychiatric and/or psychological examination, pursuant to 18 U.S.C. § 4241(b), to determine whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist rationally or properly in her defense. The examination shall comply with the requirements of 18 U.S.C. § 4247(b).

Time under the Speedy Trial Act will be excluded from January 10, 2005 (the date of the filing of the Stipulation referenced above), through the timely return of the defendant from the instant commitment to the custody of the Attorney General pursuant to Local Code E (pretrial motions) and N (period of mental incompetence of defendant to stand trial).

**IT IS SO ORDERED.**

Dated:  July 28, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE