MCGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-03-384-WBS |
| ) | |
| Plaintiff, ) | ORDER EXTENDING THE TIME |
| v. ) | TO COMPLETE PSYCHIATRIC |
| ) | EVALUATION PURSUANT TO |
| JULIETTE LABRECQUE, ) | 18 U.S.C. § 4247(b). |
| aka, Mary Labrecque, et al., ) | (Proposed) |
| ) | |
| Defendant. ) | |
| _____ ) | |

On July 28, 2005, this Court ordered that the defendant, JULIETTE LABRECQUE, aka Mary Labrecque, be committed to the custody of the Attorney General for psychiatric and/or psychological examination, pursuant to 18 U.S.C. § 4241(b), to determine whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist rationally or properly in her defense.  The Court's order directed that the examination comply with the requirements of 18 U.S.C. § 4247(b).

///

1

1    Section 4247(b) of Title 18 of the United States Code
2 provides that for the purposes of an examination pursuant to a
3 court's order under 4241, 4244 or 4245, the court may commit the
4 person to be examined for a reasonable period, but not to exceed
5 thirty days...to the custody of the Attorney General for
6 placement in a suitable facility.  Section 4247(b) further
7 provides that the director of the facility may apply for a
8 reasonable extension of time, but not to exceed fifteen days
9 under section 4241 ... upon a showing of good cause that the
10 additional time is necessary to observe and evaluate the
11 defendant.
12    On September 1, 2005, this Court received a letter from
13 Silas M. Irvin, Warden of the Metropolitan Correctional Center in
14 Chicago, Illinois.  According to Warden Irvin, Juliette Labrecque
15 was designated to the Metropolitan Correctional Center in Chicago
16 on August 4, 2005, and arrived at the institution on August 17,
17 2005.  Warden Irvin stated that his clinical psychologist needed
18 a 15-day extension of time, as permitted in the statute, in order
19 to complete the testing and examination necessary to develop a
20 history, diagnosis, and opinion of Ms. Labrecque.  He anticipated
21 the evaluation would be completed by October 3, 2005, and that a
22 report would be submitted to the Court within two weeks of the
23 completion of the evaluation, or by October 17, 2005.
24    Based on the above, and good cause appearing,
25    IT IS HEREBY ORDERED THAT the Metropolitan Correctional
26 Center, in Chicago, Illinois, shall receive an additional 15 days
27 during which to complete the testing and examination necessary to
28 develop a history, diagnosis and opinion regarding the competency

2

1  of defendant Juliette Labrecque.  The evaluation shall be
2  completed by October 3, 2005 and a report submitted to the court
3  no later than October 17, 2005.
4      Time under the Speedy Trial Act shall continue to be
5  excluded from today's date through the timely return of the
6  defendant from the instant commitment to the custody of the
7  Attorney General, pursuant to 18 U.S.C. § 3161(h)(1)(A) and Local
8  Code N (any period of delay resulting from any proceeding,
9  including any examinations, to determine the mental competency of
10 physical capacity of the defendant).
11 DATED: September 12, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE