**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Juliette Labrecque

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTIRCT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | Case No.:  Cr.S-03-384-WBS |
| | ) | |
| Plaintiff, | ) | **ORDER FOR TRANSPORTATION AND** |
| | ) | **SUBSISTENCE EXPENSES** |
| vs. | ) | |
| | ) | |
| Juliette Labrecque, | ) | |
| | ) | **Judge:  Hon. William B. Shubb** |
| Defendant | ) | |
| | ) | |

**TO:    UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA**

This is to authorize and direct you to furnish the above-named defendant, JULIETETE

LABRECQUE, with transportation and subsistence expenses for travel from Sacramento,

California to Fort Madison, Iowa pursuant to 18 U.S.C. § 4282.

The United States Marshal shall also furnish Juliette Labrecque with money for

subsistence expenses to her destination, not to exceed the amount authorized as a per diem

allowance for travel under section 5702(a) of Title 5, United States Code.  This Order is

authorized pursuant to 18 U.S.C. § 4282.

Dated:  February 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -