1

2  MCGREGOR W. SCOTT
   United States Attorney
3  LAUREL D. WHITE
   ELLEN V. ENDRIZZI
4  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
5  Sacramento, California 95814
   Telephone: (916) 554-2700
6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
   UNITED STATES OF AMERICA        )
13                                  ) NO. 2:03-CR-00384-WBS
            Plaintiff,              )
14                                  )
       v.                          ) GOVERNMENT'S AMENDED MOTION TO
15                                  ) DISMISS COUNTS ONE AND THREE
   JULIETTE LABRECQUE, aka Mary,   ) OF THE INDICTMENT AS ALLEGED
16                                  ) AGAINST JULIETTE LABRECQUE;
            Defendant.              ) PROPOSED ORDER.
17  _____)

18

19      On February 7, 2008, this court declared a mistrial in the

20  government's case against defendant Juliette Labrecque.   The mistrial

21  was the result of the jury's inability to reach a verdict as to

22  Juliette Labrecque, who was charged in Counts One and Three of the

23  Indictment.   In light of the split of the jurors, the government has

24  decided not to retry Ms. Labrecque.   Therefore, the government files

25  this motion to dismiss Counts One and Three of the Indictment as

26  alleged against defendant Juliette Labrecque.

27

28  ///

                                    1

///

The government further requests that upon the granting of the government's dismissal motion, the court order that Ms. Labrecque be released from federal custody.

Date: February 13, 2008                    Respectfully submitted.

                                           McGREGOR W. SCOTT
                                           United States Attorney


                                    By: //s// Laurel D. White
                                        LAUREL D. WHITE and
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorneys


**ORDER**

IT IS HEREBY ORDERED for the reasons stated in the Government's Motion that Counts One and Three of the Indictment Cr.S-03-384 be, and the same hereby are, DISMISSED WITH PREJUDICE as against defendant Juliette Labrecque.

IT IS FURTHER ORDERED that Juliette Labrecque be released from federal custody forthwith.

IT IS SO ORDERED.

Date: February 14, 2008


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2