UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR S-03-0384-2 WBS |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JULIETTE  LA BRECQUE, ) | |
| aka Mary ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct  you to release **Juliette La Brecque**  Case CR S-03-0384-02  WBS  from

custody for the following reasons:

　　　__　　Release on Personal Recognizance

　　　__　　Bail Posted in the Sum of _____

　　　__　　 Unsecured bond

　　　__　　Appearance Bond with 10% Deposit

　　　__　　Appearance Bond secured by Real Property

　　　__　　Corporate Surety Bail Bond

　　 **X**　　(Other)  **Indictment dismissed with prejudice as to this defendant.**

Issued at  Sacramento, CA  on  February /4 , 2008 ___  at  11:45 a..m .

By _____

William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing